


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESTINATION MATERNITY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, CHEROKEE INC. AND ELIZABETH LANGE LLC<br><br>Defendants. | Civil Action No. 2:12-cv-05680-AB<br><br>JURY TRIAL DEMANDED |

### STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

AND NOW, this 25th day of October, 2012, it is hereby STIPULATED and AGREED by plaintiff, Destination Maternity Corporation and defendants, Target Corporation and Cherokee Inc., through their counsel of record, that the time for defendants Target Corporation and Cherokee, Inc. to answer, move or otherwise respond to plaintiff's Complaint is hereby extended for a period of thirty (30) days, through and including December 3, 2012.

This Stipulation consisting of two pages is submitted pursuant to Local Rule 7.4 (b) (2). No such prior extension has been sought or granted.

DLA PIPER LLP

BY: _____
Paul A. Taufer, Esquire
Michael L. Burns, Esquire
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA
Phone: (215) 656-3385
Fax: (215) 606-3385
paul.taufer@dlapiper.com
Michael.burns@dlapiper.com

*Attorneys for Destination Maternity Corporation*

LAVIN O'NEIL RICCI CEDRONE & DISIPIO

BY: *Francis J. Grey, Jr.*
Francis J. Grey, Jr., Esquire
190 North Independence Mall West
6th and Race Streets
Suite 500
Philadelphia, PA 19106
Phone: (215) 627-0303
Fax: (215) 627-2551
fgrey@lavin-law.com

*Attorneys for Target Corporation and Cherokee Inc.*

APPROVED AND
SO ORDERED:
This ___ day of _____, 2012

_____
ANITA B. BRODY, J.

Copies via ECF on ___   Copies via US Mail on ___

## CERTIFICATE OF SERVICE

I, Francis. J. Grey, Jr. hereby certify that the **STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** has been filed electronically and is available for viewing and downloading from the ECF System. Service will be made via U.S. Mail on this 25th day of October, 2012 on any party who has not consented to electronic service.

Paul A. Taufer, Esquire
Michael L. Burns, Esquire
DLA PIPER LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA
*Attorneys for plaintiff,*
*Destination Maternity Corporation*

Liz Lange LLC
347 West 36th Street, 2nd Floor
New York, NY 10018

By: _____
Francis J. Grey, Jr.