IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESTINATION MATERNITY CORPORATION, | CASE NO. 2:12-cv-05680-AB |
| Plaintiff, | HON. ANITA B. BRODY |
| v. | |
| TARGET CORPORATION, CHEROKEE INC., and ELIZABETH LANGE LLC, | JURY DEMAND |
| Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT CHEROKEE INC.

Having considered the Stipulation and Order of Dismissal with Prejudice as to Defendant Cherokee Inc., which Plaintiff Destination Maternity Corporation ("DMC"), pursuant to Rule 41(a)(2), submitted to the Clerk of this Court on November 13, 2013, as well as Defendant Target Corporation's ("Target") Partial Opposition thereto (filed November 13, 2013), the Court hereby **ORDERS** that DMC's claims in this action against Cherokee are dismissed **WITH PREJUDICE**. The parties' respective rights to seek to recover costs, expenses, and attorneys' fees, and all rights of Target, as indemnitor for Cherokee in this action, to seek an order requiring DMC to pay Target the costs, expenses, and/or attorneys' fees incurred on behalf of Cherokee as a result of, or in relation to, Cherokee's participation in this action, are hereby preserved and shall survive this Order.

**SO ORDERED**, this 18th day of December, 2013.

_____
Anita B. Brody, Judge
United States District Court

dms.us.53117881.01

Copies via ECF on _____