## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DESTINATION MATERNITY CORPORATION, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 12-5680 |
| TARGET CORPORATION, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this __24th___ day of __March_____, 2014, it is **ORDERED** that Target Corporation's Motion to Stay Pending *Inter Partes* Review Proceedings Before the U.S. Patent and Trademark Office (ECF No. 48) is **GRANTED**. It is further **ORDERED** that the case is **STAYED** and placed in **SUSPENSE** pending the resolution of the *inter partes* review proceedings.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to:

1